B6D (Official Form 6D) (12/07)

In re  Ata Hamdan   Fatheh Hamdan                         ,         Case No.  09-33195
                          Debtors                                              (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0742961394 <br> **Washington Mutual** <br> **P.O. Box 78065** <br> **Phoenix, AZ 85406** <br><br> **Washington Mutual Equity Loans** <br> **P.O. Box 1093** <br> **Northridge, CA 91328** <br><br> **Washington Mutual Bank** <br> **c/o Theresa Marchlewski** <br> **9200 Oakdale Avenue N1107101** <br> **Chattworth, CA 91311** | | C | 08/01/2006 <br> **Second Lien on Residence** <br> **3245 Countryside** <br> **San Mateo, CA 94403** <br><br> **VALUE $960,000.00** | | | | 172,483.00 | 172,483.00 |
| ACCOUNT NO. 3062782531 <br> **Washington Mutual Bank** <br> **P.O Box 78148** <br> **Phoenix, AZ 85062-8148** <br><br> **Washington Mutual Bank** <br> **c/o Theresa Marchlewski** <br> **9200 Oakdale Avenue N1107101** <br> **Chattworth, CA 91311** | | C | 10/13/2009 <br> **First Lien on Residence** <br> **3245 Countryside** <br> **San Mateo, CA 94403** <br><br> **Arrearages on First Mortgage, added to Principal of 980,427.13.** <br><br> **VALUE $960,000.00** | | | | 37,546.73 | 0.00 |

1 continuation sheets attached

Subtotal ▶ (Total of this page)    $ 210,029.73   $ 172,483.00

Total ▶ (Use only on last page)    $              $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Ata Hamdan   Fatmeh Hamdan                      ,        Case No.  09-33195
             Debtors                                                        (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3062782531<br>**Washington Mutual Bank**<br>**c/o Theresa Marchlewski**<br>**9200 Oakdale Avenue N1107101**<br>**Chattworth, CA 91311**<br><br>**Washington Mutual**<br>**1301 Second Avenue**<br>**Seattle WA 98101**<br><br>**Washington Mutual**<br>**P.O. Box 78148**<br>**Phoenix, AZ 85062-8148**<br><br>**Washington Mutual**<br>**3990 S. Babcock Street**<br>**Melbourne, FL 32901**<br><br>**Washington Mutual**<br>**7255 Bay Meadows Way**<br>**Jacksonville, FL 32256**<br><br>**Washington Mutual Bank**<br>**a division of JP Morgan Chase Bank**<br>**2210 Enterprise Drive**<br>**Florence, SC 29501** | | C | **07/01/2006**<br>**First Lien on Residence**<br>**3245 Countryside**<br>**San Mateo, CA 94403**<br><br>VALUE $960,000.00 | | | | 980,427.00 | 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal ➤ (Total of this page) | $ 980,427.00 | $ 0.00 |
|---|---|---|---|
| | Total ➤ (Use only on last page) | $ 1,190,456.73 | $ 172,483.00 |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6F (Official Form 6F) (12/07)

In re  **Ata Hamdan   Fatmeh Hamdan**                          Case No. **09-33195**
                              **Debtors**                                   (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  374633535387100 **Bank of America** P.O. Box 851001 Dallas, TX 75285-1001  **Bank of America** P.O. Box 15026 Wilmington, DE 19850-5026 | | C | Unsecured Consumer Credit Card | | | | 1,168.59 |
| ACCOUNT NO.  4339930017848021 **Bank of America** 4161 Piedmont Parkway Greensboro, NC 27410  **Bank of America** P.O. Box 17054 Wilmington DE 19850 | | C | 01/01/2001 Unsecured Consumer Credit Card | | | | 24,174.00 |
| ACCOUNT NO.  5490330211675092 **Bank of America** 4161 Piedmont Parkway Greensboro, NC 27410  **Bank of America** P.O. Box 17054 Wilmington DE 19850  **Bank of America** c/o CT Corporation Systems 818 West Seventh Street Los Angeles, CA 90017 | | W | 09/01/2002 Unsecured Consumer Credit Card | | | | 17,933.00 |

_1_   Continuation sheets attached

Subtotal ▶ $ **43,275.59**

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ata Hamdan   Fatmeh Hamdan**_____,   Case No. **09-33195**_____
                                       **Debtors**                                                                                  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 54911303XXXX<br>**Citi**<br>P.O. Box 6241<br>Sioux Falls, SD 57117<br><br>**Citibank**<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br>**Citibank**<br>c/o Alfredo Sanchez<br>2029 Century Park East, 42nd Floor<br>Los Angeles, CA 90067 | | C | 02/01/2004<br>**Unsecured Consumer Credit Card** | | | | 354.00 |
| ACCOUNT NO. 601100092173<br>**Discover Card**<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103<br><br>**Discover Bank**<br>DFS Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025<br><br>**Discover Financial Services, Inc.**<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br>**Discover Financial Services, Inc.**<br>c/o David Lingle<br>822 Alhambra Avenue<br>Martinez, CA 94553 | | C | 08/01/1999<br>**Unsecured Consumer Credit Card** | | | | 13,445.50 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 13,799.50

Total ▶ $ 57,075.09

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)